**UNITED STATES of America, ex rel. Thomas V. PREVENSLIK, Pro se bringing this action on behalf of the United States of America, Plaintiff— Appellant,**

v.

**UNIVERSITY OF WASHINGTON; University of Illinois at Urbana Champaign; University of California; Lawrence Livermore Laboratory; Lawrence Crum; Kenneth Suslick; Seth Putterman; William Moss; Andreas Prosperetti; the Johns Hopkins Hospital, Defendants—Appellees.**

No. 03–2180.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 2, 2004.

Decided March 15, 2004.

Thomas V. Prevenslik, Appellant pro se.

Robert Phillip Charrow, Greenberg, Traurig, L.L.P., Washington, D.C., Susan Martielli, Johns Hopkins University, Baltimore, Maryland, for Appellees.

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas V. Prevenslik appeals the district court's order dismissing his action filed pursuant to the False Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States of America, Ex Rel Prevenslik v. University of Wash.,* No. CA–02–1–80–MJG (D. Md. filed June 20, 2003; entered June 23, 2003). We deny the motions for oral argument and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*